IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY BALLMAN | | PLAINTIFF |
| vs. | CASE NO. **2:06CV193GH** | |
| BAYER CROPSCIENCE, US., ET AL. | | DEFENDANTS |

## **ORDER**

Pending before the Court is the motion of defendants Bayer CropScience LP and Bayer CropScience, Inc. (BCS) to stay the parties' obligations under Federal Rules of Civil Procedure 16 and 26 pending transfer to a multidistrict litigation (MDL) court. BCS states that a stay would be in the interest of justice and judicial economy.

Plaintiff objects to the request. Plaintiff contends that defendants are trying to get out of their agreement to move the case along, which included asking that the Court enter an Initial Scheduling Order (ISO). The parties' joint request for entry of an ISO was made in conjunction with defendants' request for extension of time to answer.

The Court is persuaded that a stay is warranted and that plaintiff would not be unduly prejudiced by the stay.

Therefore, the obligations of the parties under Rules 16 and 26 of the Federal Rules of Civil Procedure are stayed pending a decision of the Judicial Panel on Multidistrict Ligation on whether to transfer this action to an MDL proceeding. In the event the Judicial Panel orders transfer to an MDL Court, the stay shall remain in effect until the transferee court enters a new scheduling order lifting the stay. If the Judicial Panel denies transfer, BCS is directed to notify the Court promptly of that decision in order to permit entry of a new ISO.

Accordingly, the motion to stay is granted.

IT IS SO ORDERED this 1st day of December, 2006.

                                                            *George Howard, Jr.*
                                          UNITED STATES DISTRICT JUDGE